**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| K.A., a minor, by and through her next friend, Michael Ayers, | |
| Plaintiff, | No. 3:11-CV-417 |
| v. | (JUDGE CAPUTO) |
| POCONO MOUNTAIN SCHOOL DISTRICT, | |
| Defendant. | |

**ORDER**

**NOW**, this 2nd day of March, 2012, **IT IS HEREBY ORDERED** that Defendant's Motion for Reconsideration (Doc. 31) is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge