**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| K.A., a minor, by and through her next friend, Michael Ayers,<br><br>    Plaintiff,<br><br>        v.<br><br>POCONO MOUNTAIN SCHOOL DISTRICT,<br><br>    Defendant. | No. 3:11-CV-417<br><br>(JUDGE CAPUTO) |

### ORDER

**NOW**, this 2nd day of March, 2012, **IT IS HEREBY ORDERED** that Defendant's Motion for Reconsideration (Doc. 31) is **DENIED**.

                                            /s/ A. Richard Caputo
                                            A. Richard Caputo
                                            United States District Judge